UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUZ HOFFMAN,

                        Plaintiff,                    ORDER
                                                          CV-03-3976 (SJF)
   -vs-

THE CITY OF NEW YORK, et. al.,

                        Defendants.

------------------------------------------------------------X
FEUERSTEIN, J.

It having been reported to the Court that the above-captioned case has been settled, it is

ORDERED that the case is discontinued with leave to re-open on ten (10) days notice by either

party to the Court should settlement not be consummated. The Clerk of Court is directed to close

the case.

                                                            SO ORDERED.

                                                            s/SJF
                                                            _____
                                                            Sandra J. Feuerstein
                                                            United States District Judge

Dated: Brooklyn, NY
         May 16, 2005